[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 15, 2011
JOHN LEY
CLERK

No. 10-14731
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-20610-JAL-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SUSY FIGUEROA,

Defendant-Appellant.

_____

No. 10-15036
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-20610-JAL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SIXTO FIGUEROA,

Defendant-Appellant.

_____

No. 10-15045
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-20610-JAL-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL GARCIA,

Defendant-Appellant.

_____

No. 10-15046
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-20610-JAL-4

2

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,


                                versus


ROLANDO HERRERA,

                                                    Defendant-Appellant.


                    _____

                Appeals from the United States District Court
                    for the Southern District of Florida
                    _____

                        (December 15, 2011)

Before DUBINA, Chief Judge, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

    Thomas Butler, appointed counsel for Susy Figueroa in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.  Because

independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Figueroa's convictions and sentences are **AFFIRMED.**